UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

LAURA K. MAIS, and
MARK S. MAIS

    Plaintiffs,

v.

CREDITORS INTERCHANGE RECEIVABLE
MANAGEMENT, LLC,

    Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA"), the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq.* ("FCCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq.* ("TCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiffs reside here and Defendant placed telephone calls into this District.

## PARTIES

3. Plaintiff, LAURA K. MAIS, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4. Plaintiff, MARK S. MAIS, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

5. At all times material to this complaint, the MAIS' were married to each other.

6. Defendant, CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC, is a professional corporation and citizen of the State of Ohio with its principal place of business at 80 Holtz Drive, Buffalo, NY, 14225.

7. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

8. Defendant regularly collects or attempts to collect debts for other parties.

9. Defendant is a "debt collector" as defined in the FDCPA.

10. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

11. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

12. Defendant left the following messages on Mr. Mais' voice mail on his cellular telephone on or about the dates stated:

May 6, 2009 on Mr. Mais' Cellular Phone
Laura Mais. Contact Rebecca Rice. 1-800-545-2596.

May 7, 2009 – Pre-Recorded Message on Mr. Mais' Cellular Phone
Hello. This is a message for Laura Mais. If you are not the right person, please hang up or disconnect. By continuing to listen to this message, you acknowledge you are the right person. There will now be a three second pause in this message. This is a call from Creditors Interchange regarding an important business matter. Please call us back at 888-865-3120 and quote reference number 13257564. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call us back at 888-865-3120. Thank you.

May 8, 2009 at 8:46 AM on Mr. Mais' Cellular Phone
Hi. This message is meant solely for Laura, Laura Mais. If this is not Laura Mais, please disconnect. (Inaudible) This is Odell Oliver and I'm calling from Creditors Interchange. Laura, this is an attempt to collect a debt and any information obtained will be used for that purpose. Please return the call regarding this important business matter. My number is toll free. It's 1-800-545-2596 and extension is 3777. When calling back, please use reference number 13257564. I am here in the office Monday through Friday from 8:00 AM to 9:00 PM and on Saturdays 8:00 AM to 2:00 PM. That's Eastern Standard Time and Laura, I look forward to a return a call. Thank you.

May 8, 2009 at 9:19 AM on Mr. Mais' Cellular Phone
Laura Mais. Contact Rebecca Rice at 1-800-545-2596, extension 4157. Your reference numbers are 13351320. It's in your best interest to return my call today. I'm calling regarding a settlement on your behalf. Thank you.

May 12, 2009 at 9:53 AM – Pre-Recorded Message on Mr. Mais' Cellular Phone
This…Hello. This is a message for Laura Mais. If you are not the right person, please hang up or disconnect. By continuing to listen to this message, you acknowledge you are the right person. There will now be a three second pause in this message. This is a call from Creditors Interchange regarding an important business matter. Please call us back at 888-865-3120

3

and quote reference number 13257564. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call us back at 888-865-3120. Thank you.

May 12, 2009 at 8:17 PM – Pre-Recorded Message on Mr. Mais' Cellular Phone
…Message, you acknowledge you are the right person. There will now be a three second pause in this message. This is a call from Creditors Interchange regarding an important business matter. Please call us back at 1-800-545-2596. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call us back at 1-800-545-2596. Thank you.

May 15, 2009 on Mr. Mais' Cellular Phone
This message is intended solely for Laura Mais. Laura, this is Bert Bender. I'm with Creditors Corporate in New York representing Chase Bank. The bank has informed us they are proceeding this afternoon to resolve this matter. I do have various programs and options for you to do that on a voluntary basis. 1-800-545-2496, my direct extension is 3266. When calling use your reference number. It is 13351320.

May 16, 2009 – Pre-Recorded Message on Mr. Mais' Cellular Phone
This…Hello. This is a message for Laura Mais. If you are not the right person, please hang up or disconnect. By continuing to listen to this message, you acknowledge you are the right person. There will now be a three second pause in this message. This is a call from Creditors Interchange regarding an important business matter. Please call us back at 866-604-6164 and quote reference number 13257564. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call us back at 866-604-6164. Thank you.

May 18, 2009 on Mr. Mais' Cellular Phone
Hi. This message is for Laura. Laura, my name is Bert Bender. I called you Friday regarding your Chase account. That review is complete, the bank is moving forward. I have a very narrow window to help you with some options and programs to resolve this on a voluntary basis. I'm in until 9:00 tonight. 1-800-545-2596, my direct extension is 3266. The reference number to this matter is 13351320.

May 21, 2009 at 1:33 PM on Mr. Mais' Cellular Phone

This is Andrew Caragis calling from Creditors Interchange in Buffalo regarding the matter here in our office that needs to be resolved. Last week we had sent out some information to you certified mail. Our records indicate that it has been received. At this point Laura you need to contact the office before 2:00 PM tomorrow, May 22 to resolve this situation. When calling, reference 13351320. My toll free number is 866-816-2979. My direct extension is 3376.

May 21, 2009 at 6:37 PM – Pre-Recorded Message on Mr. Mais' Cellular Phone
This…Hello. This is a message for Laura Mais. If you are not the right person, please hang up or disconnect. By continuing to listen to this message, you acknowledge you are the right person. There will now be a three second pause in this message. This is a call from Creditors Interchange regarding an important business matter. Please call us back at 888-865-3120 and quote reference number 13257564. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call us back at 888-865-3120. Thank you.

May 27, 2009 – Pre-Recorded Message on Mr. Mais' Cellular Phone
…Message, you acknowledge you are the right person. There will now be a three second pause in this message. This is a call from Creditors Interchange regarding an important business matter. Please call us back at 888-865-3120 and quote reference number 13351320. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call us back at 888-865-3120. Thank you. Goodbye.

May 28, 2009 at 2:10 PM on Mr. Mais' Cellular Phone
This message is for Laura Mais. Contact Frank at 1-877-770-6335, extension 4221. Reference number is 13 – uh you know what, extension 4221. Make sure you call me about the 4221. I'll explain to you the reason why I'm calling. The offer is we got but the time is very sensitive due to the back account balance. Thank you.

May 28, 2009 at 4:44 PM on Mr. Mais' Cellular Phone
Laura, return this call to 800-925-6140. At the automated greeting dial extension 1539.

May 29, 2009 – Pre-Recorded Message on Mr. Mais' Cellular Phone

…Message, you acknowledge you are the right person. There will now be a three second pause in this message. This is a call from Creditors Interchange regarding an important business matter. Please call us back at 1-800-545-2596. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call us back at 1-800-545-2596. Thank you.

May 30, 2009, 9:21 AM on Mr. Mais' Cellular Phone
This message is for Laura Mais. This is Miss Wilson. I'm calling from Creditors Interchange. Give me a call back. My number is 866-896-5260. Dial the extension 3206. It is important that I get a call back from you once you receive this message. Thank you.

May 30, 2009, 2:52 PM – Pre-Recorded Message on Mr. Mais' Cellular Phone
…Message, you acknowledge you are the right person. There will now be a three second pause in this message. This is a call from Creditors Interchange regarding an important business matter. Please call us back at 1-800-545-2596. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call us back at 1-800-545-2596. Thank you.

June 3, 2009 on Mr. Mais' Cellular Phone
Hi Laura. This is Jennifer Sharp. I'm a Senior Consultant here at Creditors. Return this important phone call to 1-866-614-7500. My direct extension is 3254. When returning this important phone call, use reference number 13351320. Now the office will be open until 9:00 PM Eastern Standard Time and due to the urgent nature of this call, I will be expecting a prompt response. Again, it's 1-866-614-7500 extension 3254. Thank you.

June 9, 2009 on Mr. Mais' Cellular Phone
This is Andrew Carigis calling from Creditors Interchange of Buffalo. It's in regards to the issue that you have in our office that needs to be resolved. Last week we sent out some information to you. I'm not sure if it was received as of yet. However, I do need you to give me a return call back here today to discuss this issue further. Laura, my number is 866-816-2979 extension 3376. Your reference number is 13257564.

June 18, 2009 on Mr. Mais' Cellular Phone
Yeah, this message is for Laura Mais. Laura, this is Richard Ward calling from Creditors Interchange. Please give me a call back at 1-800-545-2596 extension 3047. When you return the call regarding this important business

matter, please use reference number 13257564. Thank you for taking time listening to the message. I look forward to assisting you when you call me back. Thank you. Bye.

June 22, 2009 on Mr. Mais' Cellular Phone
This message is for Laura Mais. This is Miss Kowalski. We do need a response from you immediately regarding reference 13257564. The phone number here 1-800-545-2596 extension 3745. You do need to return the call immediately. 1-800-545-2596 extension 3745.

June 30, 2009 on Mr. Mais' Cellular Phone
This message is for Laura Mais. This is Cynthia calling from Creditors Interchange. I'm calling regarding your issue with Chase, there is an option that has become available today and it is only valid for today. But it is extremely beneficial to you. If you want to give me a call back this morning I'll be happy to discuss that with you. My number is 1-800-545-2596 extension 4245. When you return the call, please use a reference number of 13257564.

July 6, 2009 – Pre-Recorded Message on Mr. Mais' Cellular Phone
…Message, you acknowledge you are the right person. There will now be a three second pause in this message.  This is a call from Creditors Interchange regarding an important business matter. Please call us back at 1-800-545-2596. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call us back at 1-800-545-2596. Thank you.

September 5, 2009 on Mr. Mais' Cellular Phone
…Listen to this message, you acknowledge you are the right person. There will now be a three second pause in this message. This is a call from Creditors Interchange regarding an important business matter. Please call us back at 1-800-545-2596. This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call us back at 1-800-545-2596.  Thank you.

September 12, 2009 on Mr. Mais' Cellular Phone
Listen to this message, you acknowledge you are right person, there will now be a three second pause in this message. This is a call from Creditors Interchange regarding an important business matter; please call us back at 1-

800-545-2596. This attempt to collect a debt any information obtained will be used for that purpose. Please call us back at 1-800-545-2596. Thank you.

13.     Defendant left similar or identical messages on other occasions. (Collectively, "the telephone messages").

14.     The messages are "communications" as defined by 15 U.S.C. §1692a(2). See *Berg v. Merchs. Ass'n Collection Div*., Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

15.     Defendant failed to inform Plaintiffs in the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages and failed to disclose Defendant's name.

16.     Defendant used an automatic telephone dialing system or a pre-recorded or artificial voice to place telephone calls to Mr. Mais' cellular telephone.

17.     Plaintiff did not expressly consent to Defendant's placement of telephone calls to Mr. Mais' cellular telephone by the use of an automatic telephone dialing system or a pre-recorded or artificial voice prior to Defendant's placement of the calls.

18.     None of Defendant's telephone calls placed to Plaintiffs were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

19.     Defendant willfully or knowingly violated the TCPA.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

20. Plaintiffs incorporate Paragraphs 1 through 19.

21. Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See <u>Foti v. NCO Fin. Sys</u>., 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and <u>Belin v. Litton Loan Servicing</u>, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and <u>Leyse v. Corporate Collection Servs</u>., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiffs request that the Court enter judgment in favor of Plaintiffs and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

22. Plaintiffs incorporate Paragraphs 1 through 19.

23. Defendant placed telephone calls to Plaintiffs without making meaningful disclosure of its identity when it failed to disclose its name, that it is a debt collector, and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See <u>Valencia v The Affiliated Group, Inc</u>., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); <u>Wright v. Credit Bureau of Georgia, Inc.,</u> 548 F.

Supp. 591, 593 (D. Ga. 1982); and *Hosseinzadeh v. M.R.S. Assocs.,* 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiffs request that the Court enter judgment in favor of Plaintiffs and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT III
## TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

24.    Plaintiffs incorporate Paragraphs 1 through 19.

25.    Defendant caused Plaintiffs telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C §1692d(5). See *Sanchez v. Client Servs.*, 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiffs request that the Court enter judgment in favor of Plaintiffs and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT IV
## TELEPHONIC HARASSMENT AND ABUSE FOR UNAUTHORIZED CALLS TO A CELLULAR TELEPHONE

26. Plaintiffs incorporate Paragraphs 1 through 19.

27. Defendant engaged in conduct the natural consequence of which is to harass, oppress, or abuse by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's husband's cellular telephone to which Plaintiffs had not consented, in violation of 15 U.S.C §1692d.

WHEREFORE, Plaintiffs request that the Court enter judgment in favor of Plaintiffs and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

### COUNT V
### ILLEGAL COLLECTION TECHNIQUES IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

28. Plaintiffs incorporate Paragraphs 1 through 19.

29. Defendant asserted the right to collect a debt by leaving telephone messages for Plaintiff without disclosing that it is a debt collector and the purpose of its communications and its name when Defendant knew it did not have a legal right to use such collection techniques in violation of Fla. Stat. §559.72(9).

WHEREFORE, Plaintiffs request that the Court enter judgment in favor of Plaintiffs and against Defendant for:

  a. Damages;

  b. Attorney's fees, litigation expenses and costs of suit;

  c. declaring that Defendant's practices violate the FCCPA;

  d. permanently injoining Defendant from engaging in the complained of practices; and

  e. Such other or further relief as the Court deems proper.

## COUNT VI
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

30. Plaintiffs incorporate Paragraphs 1 through 19.

31. By failing to disclose that it is a debt collector, by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Mr. Mais' cellular telephone to which he had not consented, and by telephoning Plaintiff with such frequency as can be reasonably be expected to harass, Defendant willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

32. The FCCPA provides for equitable relief including injunctive relief. *Berg v. Merchs. Ass'n Collection Div.*, 586 F. Supp. 2d 1336, 1345, (S.D. Fla. 2008).

 WHEREFORE, Plaintiffs request that the Court enter judgment in favor of Plaintiffs and against Defendant for:

      a.      Damages;

      b.      Attorney's fees, litigation expenses and costs of suit;

      c.      declaring that Defendant's practices violate the FCCPA;

      d.      permanently injoining Defendant from engaging in the complained of practices; and

      e.      Such other or further relief as the Court deems proper.

## COUNT VII
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

33.    Plaintiffs incorporate Paragraphs 1 through 19.

34.    Defendant placed non-emergency telephone calls to Mr. Mais' cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice without his prior express consent in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff, Mr. Mais, requests that the Court enter judgment in his favor and against Defendant for:

      a.      Damages;

      b.      a declaration that Defendant's calls violate the TCPA;

      c.      a permanent injunction prohibiting Defendant from placing non-emergency calls to Mr. Mais' cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice without the prior express consent of the called party; and

      d.      Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

> DONALD A. YARBROUGH, ESQ.
> Attorney for Plaintiff
> Post Office Box 11842
> Ft. Lauderdale, FL 33339
> Telephone: 954-537-2000
> Facsimile: 954-566-2235
> donyarbrough@mindspring.com
>
> By: s/ Donald A. Yarbrough
> Donald A. Yarbrough, Esq.
> Florida Bar No. 0158658