UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-60733-Civ-COOKE/BANDSTRA

LAURA K. MAIS, *et al.*,

    Plaintiffs

vs.

CREDITORS INTERCHANGE RECEIVABLE
MANAGEMENT, LLC,

    Defendant.

_____/

### ORDER OF DISMISSAL

    THIS CASE has been **DISMISSED** *with prejudice* pursuant to the Parties' Joint Stipulation of Dismissal With Prejudice (ECF No. 23), filed December 15, 2010. The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

    **DONE and ORDERED** in chambers at Miami, Florida this 24th day of January 2011.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Ted E. Bandstra, U.S. Magistrate Judge*
*Counsel of Record*